**Theo SMITH, Plaintiff–Appellant**

v.

**GHANA COMMERCIAL BANK, LTD., Defendant–Appellee.**

No. 13–3776.

United States Court of Appeals, Eighth Circuit.

Submitted: July 23, 2014.

Filed: Aug. 7, 2014.

Theo Smith, Minneapolis, MN, pro se.

Juan C. Basombrio, Costa Mesa, CA, Frederick Matthew Ralph, Minneapolis, MN, for Defendant–Appellee.

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Theo Smith appeals from an order directing him to pay sanctions under Federal Rule of Civil Procedure 11. Upon careful review, we find no abuse of discretion. *See Dunbar v. Wells Fargo Bank, N.A.,* 709 F.3d 1254, 1258 (8th Cir.2013) (standard of review; history of frivolous litigation is relevant factor in decision to impose sanctions). Accordingly, we affirm. See 8th Cir. R. 47B.